B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reitman, Herbert M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Reitman, Gail E.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3329** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4265** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1243 Ferndale**<br>**Highland Park, IL**    ZIP Code **60035** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1243 Ferndale**<br>**Highland Park, IL**    ZIP Code **60035** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Reitman, Herbert M.**<br>**Reitman, Gail E.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reitman, Herbert M.** <br> **Reitman, Gail E.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Herbert M. Reitman**
Signature of Debtor **Herbert M. Reitman**

X **/s/ Gail E. Reitman**
Signature of Joint Debtor **Gail E. Reitman**

Telephone Number (If not represented by attorney)

**May 13, 2008**
Date

### Signature of Attorney*

X **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**Cohen & Krol**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602-4600**

Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**May 13, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Herbert M. Reitman**
      **Gail E. Reitman**                                    Case No. _____

                                          Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Herbert M. Reitman**
                            **Herbert M. Reitman**

Date:  **May 13, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Herbert M. Reitman**
**Gail E. Reitman**                 Case No. _____

Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Gail E. Reitman**
_____
&#9;&#9;&#9;&#9;**Gail E. Reitman**

Date:    **May 13, 2008**
_____

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Herbert M. Reitman,**                                                    Case No. _____
         **Gail E. Reitman**
                                                                    ,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service<br>Cincinnati, OH 45999** | | J | **2005 1040**<br><br>**Tax lien dated 6/1/07**<br><br>**Debtor's residence** | | | | | |
| | | | Value $              **375,000.00** | | | | **57,763.17** | **0.00** |
| Account No.<br><br>**LaSalle Bank, N.A.<br>c/o Pierce & Associates<br>1 N. Dearborn, 13th Floor<br>Chicago, IL 60602** | | J | **2006**<br><br>**First Mortgage**<br><br>**1243 Ferndale, Highland Park, IL 60035** | | | | | |
| | | | Value $              **375,000.00** | | | | **323,567.40** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal<br>(Total of this page) | **381,330.57** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **381,330.57** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Herbert M. Reitman,**
**Gail E. Reitman**
_____
Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Herbert M. Reitman,**
       **Gail E. Reitman**                                                                 Case No. _____

                                       ,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604** | | J | | **various years** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **0.00** | **0.00** |
| | Total | **0.00** | |
| | (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re      **Herbert M. Reitman,**                                                    Case No. _____
           **Gail E. Reitman**
                                                              ,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5477 5334 3249 0012 <br><br> **Advanta Bank Corp** <br> **P. O. Box 8088** <br> **Philadelphia, PA 19101-8088** | | H | | | | | 29,639.82 |
| Account No. <br><br> **Alger Sales** <br> **629 Broad Street** <br> **P. O. Box 40** <br> **Linden, MI 48451** | | H | **Debt of former business** | | | | 358.89 |
| Account No. 3727-172826-72004 <br><br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096-0001** | | H | | | | | 2,141.88 |
| Account No. <br><br> **AT&T** <br> **P. O. Box 8100** <br> **Aurora, IL 60507-8100** | | H | **Debt of former business** | | | | 256.34 |
| | | | | Subtotal <br> (Total of this page) | | | 32,396.93 |

___16___ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        S/N:29730-080423    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Herbert M. Reitman,**
         **Gail E. Reitman**
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Avis Rent A Car System, Inc.** <br>**7876 Collections Center Drive** <br>**Chicago, IL 60693-0078** | | H | | **Debt of former business** | | | | 255.52 |
| Account No. <br><br>**Award Visions** <br>**208 S. Jefferson Street** <br>**Chicago, IL 60661** | | H | | **Debt of former business** | | | | 180.00 |
| Account No. **4319 0410 2146 2686** <br><br>**Bank of America** <br>**P. O. Box 15726** <br>**Wilmington, DE 19886-5726** | | H | | | | | | 1,500.90 |
| Account No. **4264 2942 2720 1375** <br><br>**Bank of America** <br>**L.L. Bean** <br>**P. O. Box 17322** <br>**Baltimore, MD 21297-1322** | | J | | | | | | 3,391.32 |
| Account No. <br><br>**Barbara Rosenberg** <br>**851 Island Court** <br>**Deerfield, IL 60015** | | H | | **Debt of former business** | | | | 2,185.00 |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,512.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Herbert M. Reitman,**
       **Gail E. Reitman**                                                        Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5402 7800 0016 3311** <br><br> **Barclays Bank of Delaware** <br> **Card Services** <br> **P. O. Box 13337** <br> **Philadelphia, PA 19101-3337** | | H | **Midwest Airlines** | | | | **1,683.89** |
| Account No. <br><br> **Beth O'Donnell** <br> **c/o O'Donnell Promotion, Inc.** <br> **1745 S. Naperville Road, Ste 103** <br> **Wheaton, IL 60187** | | H | **Debt of former business** | | | | **3,396.72** |
| Account No. <br><br> **Bill Franzen** <br> **3859 North Richmond** <br> **Chicago, IL 60618** | | H | **Debt of former business** | | | | **3,500.00** |
| Account No. <br><br> **Bill Parrante** <br> **255 East Roselawn Avenue** <br> **Suite 52** <br> **Saint Paul, MN 55117** | | H | **Debt of former business** | | | | **254.43** |
| Account No. <br><br> **BP** <br> **P. O. Box 9033** <br> **Carlsbad, CA 92008-9033** | | H | **Debt of former business** | | | | **198.24** |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal          | **9,033.28** |
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Herbert M. Reitman,**
       **Gail E. Reitman**                    Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **498 424 5912** <br><br>**BP** <br>**P. O. Box 9033** <br>**Carlsbad, CA 92008-9033** | | J | | | | | **380.02** |
| Account No. **5291 4922 5952 5745** <br><br>**Capital One Bank** <br>**c/o NCO Financial Stystems** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | J | | | | | **7,556.35** |
| Account No. **5291 1518 6191 8058** <br><br>**Capital One Bank** <br>**P. O. Box 5294** <br>**Carol Stream, IL 60197-5294** | | J | | | | | **3,445.13** |
| Account No. **4115 0716 7026 0227** <br><br>**Capital One, F.S.B.** <br>**P. O. Box 790217** <br>**Saint Louis, MO 63179-0217** | | H | | | | | **6,129.69** |
| Account No. <br><br>**Cargo Distribution Int'l., Inc.** <br>**221 Joey Drive** <br>**Suite A** <br>**Elk Grove Village, IL 60007** | | H | Debt of former business | | | | **825.00** |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                             Subtotal       | **18,336.19**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Herbert M. Reitman,**                                    Case No. _____
      **Gail E. Reitman**

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5543 0358 8010 9128** | | | | | | | | |
| **Chase** **Cardmember Service** **P. O. Box 15153** **Wilmington, DE 19886-5153** | | H | | | | | | 6,027.23 |
| Account No. **4388 5491 5253 5845** | | | | | | | | |
| **Chase - Marriott Rewards** **Cardmember Service** **P. O. Box 15153** **Wilmington, DE 19886-5153** | | H | | | | | | 4,736.48 |
| Account No. **4388 5752 5399 3799** | | | | | | | | |
| **Chase/United Mileage Plus** **Cardmember Service** **P. O. Box 15153** **Wilmington, DE 19886-5153** | | H | | | | | | 6,877.43 |
| Account No. **5466 1600 5561 3598** | | | | | | | | |
| **Citi Advantage** **Citi Cards** **P. O. Box 688904** **Des Moines, IA 50368-8904** | | J | | | | | | 2,870.92 |
| Account No. **171 500 675 3** | | | | | | | | |
| **Citi Cards** **P. O. Box 9140** **Des Moines, IA 50368-9140** | | H | | | | | | 229.02 |

Sheet no. __**4**___ of __**16**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal                          **20,741.08**
                             (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Herbert M. Reitman,**
      **Gail E. Reitman**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5466 1600 4605 9760** <br><br> **Citibank** <br> **P.O. Box 688912** <br> **Des Moines, IA 50368-8912** | | J | | | | | 2,936.30 |
| Account No. <br><br> **Com Ed** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | H | **Debt of former business** | | | | 208.94 |
| Account No. <br><br> **Costco Membership** <br> **P. O. Box 34783** <br> **Seattle, WA 98124-1783** | | H | **Debt of former business** | | | | 45.00 |
| Account No. <br><br> **Curtiss Assoc.** <br> **P. O. Box 67171** <br> **Chestnut Hill, MA 02467** | | H | **Debt of former business** | | | | 39.82 |
| Account No. <br><br> **David Soloman** <br> **c/o Pro Print** <br> **848 Green Bay Road** <br> **Highland Park, IL 60035** | | H | **Debt of former business** | | | | 50.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,280.06

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Herbert M. Reitman,**
      **Gail E. Reitman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Debt of former business** | | | | |
| **Design Services for Business and Industry 502 Shadywood Lane Elk Grove Village, IL 60007** | | H | | | | | | **4,070.00** |
| Account No. **33200** | | | | | | | | |
| **Dr. Ira Fleischman, DDS 4801 W. Peterson Avenue, #620 Chicago, IL 60646-5726** | | | J | | | | | **168.49** |
| Account No. | | | | | | | | |
| **Dr. Richard Kreines 767 Park Avenue, #110 Highland Park, IL 60035** | | | J | | | | | **195.00** |
| Account No. | | | | | | | | |
| **Dr. Steven Field, S.C. 666 Dundee, #1701 Northbrook, IL 60062** | | | J | | | | | **100.14** |
| Account No. | | | | **Debt of former business** | | | | |
| **Elyce Goldstein c/o Advantage Group 145 Manor Drive Deerfield, IL 60015** | | H | | | | | | **151.00** |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,684.63**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Herbert M. Reitman,**
      **Gail E. Reitman**
                                                     ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7302 8537 1005 8118** <br><br> **Exxon-Mobil** <br> **Processing Center** <br> **Des Moines, IA 50361** | | J | | | | | **2,048.25** |
| Account No. <br><br> **Federal Express** <br> **P. O. Box 94515** <br> **Palatine, IL 60094-4515** | | H | **Debt of former business** | | | | **2,348.23** |
| Account No. <br><br> **FK Advisors** <br> **600 Academy Drive** <br> **Suite 140** <br> **Northbrook, IL 60062** | | H | **Debt of former business** | | | | **1,420.00** |
| Account No. <br><br> **Garfield & Merel, Ltd.** <br> **223 W. Jackson Blvd.** <br> **Attn:  Steve Alderman** <br> **Chicago, IL 60606-6908** | | H | **Debt of former business** | | | | **9,054.03** |
| Account No. <br><br> **Garry Alan Design, Inc.** <br> **666 Dundee Road** <br> **Suite 1503** <br> **Northbrook, IL 60062-2739** | | H | **Debt of former business** | | | | **8,205.85** |

Sheet no. _**7**___ of _**16**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,076.36**

B6F (Official Form 6F) (12/07) - Cont.

In re **Herbert M. Reitman,**
      **Gail E. Reitman**                                                 Case No. _____

                                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt of former business | | | | |
| George DeMille 3931 Maple Avenue Brookfield, IL 60513 | | H | | | | | | 6,500.00 |
| Account No. | | | | Debt of former business | | | | |
| Halo Delivery Services, Inc. 230 W. Boden Street Milwaukee, WI 53207 | | H | | | | | | 26,125.00 |
| Account No. | | | | Debt of former business | | | | |
| Herb Wolfran 1231 Cavell Avenue Highland Park, IL 60035 | | H | | | | | | 5,827.50 |
| Account No. | | | | Debt of former business | | | | |
| IKON c/o Pro Consulting Services, Inc. P. O. Box 66510 Houston, TX 77266-6510 | | H | | | | | | 48.66 |
| Account No. | | | | Debt of former business | | | | |
| Illing Company, Inc. N114 W 18937 Clinton Drive Attn: Kyle Wyley Germantown, WI 53022 | | H | | | | | | 31,256.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
         (Total of this page)           **69,757.16**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Herbert M. Reitman,**
       **Gail E. Reitman**
                                                                              Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt of former business | | | | |
| Irv Sommer c/o Pyramid Toy Corp. 2324 Lily Lane Glenview, IL 60026 | | H | | | | | | 8,299.28 |
| Account No. | | | | Debt of former business | | | | |
| J.J. Associates 1260 Moose Road Unit 1 Avon, OH 44011 | | H | | | | | | 139.28 |
| Account No. | | | | Debt of former business | | | | |
| Jimmy Chow c/o Joint Year Enterprise Co., Ltd. 2F, No. 46, Lane76, Ruiguang Road Taipei, 11491 Taiwan | | H | | | | | | 7,138.00 |
| Account No. | | | | Debt of former business | | | | |
| JR Sales 936 Jacobson Road Neenah, WI 54956 | | H | | | | | | 343.98 |
| Account No. | | | | Debt of former business | | | | |
| Lester Rosen 666 Dundee Road Northbrook, IL 60062 | | H | | | | | | 2,125.00 |

| | | |
|---|---|---|
| Sheet no. __9___ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 18,045.54 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Herbert M. Reitman,**
       **Gail E. Reitman**                            Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Marc Printing** <br> **6416 N. Ridgeway Avenue** <br> **Attn: Barbara** <br> **Lincolnwood, IL 60712** | | H | Debt of former business | | | | 4,281.74 |
| Account No. <br><br> **Mario Culotta Landscaping** <br> **2584 Joshua Lane** <br> **Northbrook, IL 60062** | | J | | | | | 304.00 |
| Account No. <br><br> **Matt King** <br> **262 Prairie View Lane** <br> **Wheeling, IL 60090** | | H | Debt of former business | | | | 103.15 |
| Account No. <br><br> **MDF** <br> **24248 Crenshaw Blvd., #112** <br> **Attn: Mr. P. Pype** <br> **Torrance, CA 90505** | | H | Debt of former business | | | | 10,866.47 |
| Account No. <br><br> **Michael Meyers** <br> **c/o Meyers Sales & Marketing** <br> **9025 Buckthorne Court** <br> **Indianapolis, IN 46260** | | H | Debt of former business | | | | 193.84 |

Sheet no. \_**10**\_ of \_**16**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,749.20**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re     **Herbert M. Reitman,**                                    Case No. _____
          **Gail E. Reitman**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mike Zidman**<br>**528 Pine Street**<br>**Deerfield, IL 60015** | | H | Debt of former business | | | | 3,305.00 |
| Account No.<br><br>**Mira H. Temkin**<br>**3022 Lexington Lane**<br>**Highland Park, IL 60035** | | H | Debt of former business | | | | 1,530.00 |
| Account No. **B90355**<br><br>**NCO Financial Systems, Inc.**<br>**3850 N. Causeway Blvd.**<br>**Suite 200**<br>**Metairie, LA 70002** | | J | | | | | 11,287.00 |
| Account No.<br><br>**Nicor Gas**<br>**1804 Washington Blvd.**<br>**Dept. 750 - Attn: Donnie Molock**<br>**Baltimore, MD 21230** | | H | Debt of former business | | | | 750.00 |
| Account No.<br><br>**Northbrook Office Court**<br>**666 Dundee Road, #303**<br>**Northbrook, IL 60062** | | H | Debt of former business | | | | 5,023.75 |

Sheet no. __11__ of __16__ sheets attached to Schedule of          Subtotal          21,895.75
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Herbert M. Reitman,**
      **Gail E. Reitman**

Case No. _____

_____,
            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of former business | | | | |
| **Office Depot Credit Plan** **P. O. Box 689020** **Des Moines, IA 50368-9020** | | H | | | | | 789.82 |
| Account No. | | | Debt of former business | | | | |
| **Office Max** **c/o HSBC Business Solution** **P. O. Box 5239** **Carol Stream, IL 60197-5239** | | H | | | | | 609.25 |
| Account No. **5120 2550 0108 5731** | | | | | | | |
| **Orchard Bank** **c/o HSBC Card Services** **P. O. Box 17051** **Baltimore, MD 21297-1051** | | H | | | | | 621.05 |
| Account No. **5440 4550 3652 5718** | | | | | | | |
| **Orchard Bank** **HSBC Card Services** **P. O. Box 17051** **Baltimore, MD 21297** | | J | | | | | 128.65 |
| Account No. | | | Debt of former business | | | | |
| **PBG Financial Services, Ltd.** **666 Dundee Road** **Suite 401** **Northbrook, IL 60062** | | H | | | | | 320.00 |

Sheet no. __**12**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,468.77

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Herbert M. Reitman,**
       **Gail E. Reitman**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Peter Birren** <br> **502 Shadywood Lane** <br> **Elk Grove Village, IL 60007** | | H | | **Judgment in 2006** | | | | **4,467.86** |
| Account No. **171 500 675 3** <br><br> **Phillips 66** <br> **Processing Center** <br> **P. O. Box 689060** <br> **Des Moines, IA 50368-9060** | | J | | | | | | **143.36** |
| Account No. <br><br> **Ralph J. Brimhe Photography** <br> **6508 West Ebinger** <br> **Niles, IL 60714** | | H | | **Debt of former business** | | | | **1,620.00** |
| Account No. <br><br> **Reinhart Boerner & Van Deuren** <br> **1000 N. Water Street, Ste 2100** <br> **P. O. Box 2965** <br> **Milwaukee, WI 53202-2965** | | H | | **Debt of former business** | | | | **856.00** |
| Account No. **5263 3500 0276 6439** <br><br> **Reward Zones Program/MC** <br> **P. O. Box 17051** <br> **Baltimore, MD 21297-1051** | | J | | | | | | **375.44** |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,462.66**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Herbert M. Reitman,**
**Gail E. Reitman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt of former business | | | | |
| **Rosemont Exposition Services, Inc.** **9301 Bryn Mawr** **Des Plaines, IL 60018-5201** | | H | | | | | | 529.88 |
| Account No. | | | | Debt of former business | | | | |
| **Sam's Club** **P. O. Box 530970** **Atlanta, GA 30353-0970** | | H | | | | | | 462.58 |
| Account No.  **769 930 009** | | | | | | | | |
| **Shell Card Center** **P. O. Box 68951** **Des Moines, IA 50368-9151** | | | J | | | | | 409.97 |
| Account No. | | | | Debt of former business | | | | |
| **Silverline Creative** **1308 Depp Run Road** **Attn:  Steve Lovisa** **Naperville, IL 60540** | | H | | | | | | 1,733.21 |
| Account No. | | | | Debt of former business | | | | |
| **Sourcery** **3 West 185 Street** **Third Floor - Attn: Laura Wong** **New York, NY 10011** | | H | | | | | | 800.00 |

Sheet no. __**14**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,935.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Herbert M. Reitman,**
      **Gail E. Reitman**                                                        Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stapler Credit Plan**<br>**P. O. Box 689020**<br>**Des Moines, IA 50368-9020** | | H | Debt of former business | | | | 102.91 |
| Account No. **4352 3717 2951 1080**<br><br>**Target**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459-0317** | | J | | | | | 390.00 |
| Account No.<br><br>**Terrace Paper Company, Inc.**<br>**1325 S. Cicero Avenue**<br>**Cicero, IL 60804-1404** | | H | Debt of former business | | | | 341.75 |
| Account No.<br><br>**Uline**<br>**2200 S. Lakeside Drive**<br>**Waukegan, IL 60085** | | H | Debt of former business | | | | 343.41 |
| Account No.<br><br>**Visual Impressions**<br>**6619 W. Calumet**<br>**Milwaukee, WI 53223** | | H | Debt of former business | | | | 257.92 |

Sheet no. __**15**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims
                                        Subtotal        |   **1,435.99**
                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Herbert M. Reitman,**
    **Gail E. Reitman**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4856 2006 0110 8718**<br><br>**WellsFargo**<br>**Payment Remittance Center**<br>**P. O. Box 54349**<br>**Los Angeles, CA 90054-0349** | | J | | | | | **5,277.51** |
| Account No.<br><br>**Whitewood Industries**<br>**P. O. Box 870283**<br>**Charlotte, NC 28289-0283** | | H | **Debt of former business** | | | | **3,800.00** |
| Account No.<br><br>**Zurich North America**<br>**8712 Innovation Way**<br>**Chicago, IL 60682-0087** | | J | **Debt of former business** | | | | **1,157.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **16** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,234.51**

Total (Report on Summary of Schedules) **270,046.49**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re     **Herbert M. Reitman,**
         **Gail E. Reitman**                                                          Case No. _____

                                                  Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Herbert M. Reitman,**
       **Gail E. Reitman**
                                     **Debtors**

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Herbert M. Reitman**
      **Gail E. Reitman**

Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1243 Ferndale, Highland Park, IL 60035** | **LaSalle Bank, N.A.** | **X** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **May 13, 2008**      Signature   **/s/ Herbert M. Reitman**
                                   **Herbert M. Reitman**
                                   Debtor

Date  **May 13, 2008**      Signature   **/s/ Gail E. Reitman**
                                     **Gail E. Reitman**
                                   Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Herbert M. Reitman**
       **Gail E. Reitman** _____   Case No. _____

                                        Debtor(s)       Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 13, 2008** _____     **/s/ JOSEPH E. COHEN** _____
                                              **JOSEPH E. COHEN 3123243**
                                            **Cohen & Krol**
                                            **105 West Madison Street**
                                            **Suite 1100**
                                            **Chicago, IL 60602-4600**
                                            **312-368-0300  Fax: 312-368-4559**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

---

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **JOSEPH E. COHEN 3123243** | X **/s/ JOSEPH E. COHEN**　　　　　**May 13, 2008** |
| Printed Name of Attorney | Signature of Attorney　　　　　Date |
| Address: | |
| **105 West Madison Street** | |
| **Suite 1100** | |
| **Chicago, IL 60602-4600** | |
| **312-368-0300** | |

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Herbert M. Reitman** | |
| **Gail E. Reitman** | X **/s/ Herbert M. Reitman**　　　　　**May 13, 2008** |
| Printed Name of Debtor | Signature of Debtor　　　　　Date |
| | |
| Case No. (if known) | X **/s/ Gail E. Reitman**　　　　　**May 13, 2008** |
| | Signature of Joint Debtor (if any)　　　　　Date |

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Herbert M. Reitman**
      **Gail E. Reitman**                                     Case No. _____
                                      Debtor(s)       Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **91**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 13, 2008**                 **/s/ Herbert M. Reitman**
                                                  **Herbert M. Reitman**
                                                  Signature of Debtor

Date:   **May 13, 2008**                 **/s/ Gail E. Reitman**
                                                  **Gail E. Reitman**
                                                  Signature of Debtor

Advanta Bank Corp
P. O. Box 8088
Philadelphia, PA 19101-8088


Alger Sales
629 Broad Street
P. O. Box 40
Linden, MI 48451


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


AT&T
P. O. Box 8100
Aurora, IL 60507-8100


Avis Rent A Car System, Inc.
7876 Collections Center Drive
Chicago, IL 60693-0078


Award Visions
208 S. Jefferson Street
Chicago, IL 60661


Bank of America
P. O. Box 15726
Wilmington, DE 19886-5726


Bank of America
L.L. Bean
P. O. Box 17322
Baltimore, MD 21297-1322


Barbara Rosenberg
851 Island Court
Deerfield, IL 60015


Barclays Bank of Delaware
Card Services
P. O. Box 13337
Philadelphia, PA 19101-3337

Beth O'Donnell
c/o O'Donnell Promotion, Inc.
1745 S. Naperville Road, Ste 103
Wheaton, IL 60187


Bill Franzen
3859 North Richmond
Chicago, IL 60618


Bill Parrante
255 East Roselawn Avenue
Suite 52
Saint Paul, MN 55117


BP
P. O. Box 9033
Carlsbad, CA 92008-9033


BP
P. O. Box 9033
Carlsbad, CA 92008-9033


Capital One Bank
c/o NCO Financial Stystems
507 Prudential Road
Horsham, PA 19044


Capital One Bank
P. O. Box 5294
Carol Stream, IL 60197-5294


Capital One, F.S.B.
P. O. Box 790217
Saint Louis, MO 63179-0217


Cargo Distribution Int'l., Inc.
221 Joey Drive
Suite A
Elk Grove Village, IL 60007


Chase
Cardmember Service
P. O. Box 15153
Wilmington, DE 19886-5153

Chase - Marriott Rewards
Cardmember Service
P. O. Box 15153
Wilmington, DE 19886-5153


Chase/United Mileage Plus
Cardmember Service
P. O. Box 15153
Wilmington, DE 19886-5153


Citi Advantage
Citi Cards
P. O. Box 688904
Des Moines, IA 50368-8904


Citi Cards
P. O. Box 9140
Des Moines, IA 50368-9140


Citibank
P.O. Box 688912
Des Moines, IA 50368-8912


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Costco Membership
P. O. Box 34783
Seattle, WA 98124-1783


Curtiss Assoc.
P. O. Box 67171
Chestnut Hill, MA 02467


David Soloman
c/o Pro Print
848 Green Bay Road
Highland Park, IL 60035


Design Services for
Business and Industry
502 Shadywood Lane
Elk Grove Village, IL 60007

Dr. Ira Fleischman, DDS
4801 W. Peterson Avenue, #620
Chicago, IL 60646-5726


Dr. Richard Kreines
767 Park Avenue, #110
Highland Park, IL 60035


Dr. Steven Field, S.C.
666 Dundee, #1701
Northbrook, IL 60062


Elyce Goldstein
c/o Advantage Group
145 Manor Drive
Deerfield, IL 60015


Exxon-Mobil
Processing Center
Des Moines, IA 50361


Federal Express
P. O. Box 94515
Palatine, IL 60094-4515


FK Advisors
600 Academy Drive
Suite 140
Northbrook, IL 60062


Garfield & Merel, Ltd.
223 W. Jackson Blvd.
Attn: Steve Alderman
Chicago, IL 60606-6908


Garry Alan Design, Inc.
666 Dundee Road
Suite 1503
Northbrook, IL 60062-2739


George DeMille
3931 Maple Avenue
Brookfield, IL 60513

Halo Delivery Services, Inc.
230 W. Boden Street
Milwaukee, WI 53207


Herb Wolfran
1231 Cavell Avenue
Highland Park, IL 60035


IKON
c/o Pro Consulting Services, Inc.
P. O. Box 66510
Houston, TX 77266-6510


Illing Company, Inc.
N114 W 18937 Clinton Drive
Attn:  Kyle Wyley
Germantown, WI 53022


Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604


Internal Revenue Service
Cincinnati, OH 45999


Irv Sommer
c/o Pyramid Toy Corp.
2324 Lily Lane
Glenview, IL 60026


J.J. Associates
1260 Moose Road
Unit 1
Avon, OH 44011


Jimmy Chow
c/o Joint Year Enterprise Co., Ltd.
2F, No. 46, Lane76, Ruiguang Road
Taipei, 11491 Taiwan


JR Sales
936 Jacobson Road
Neenah, WI 54956

LaSalle Bank, N.A.
c/o Pierce & Associates
1 N. Dearborn, 13th Floor
Chicago, IL 60602


Lester Rosen
666 Dundee Road
Northbrook, IL 60062


Marc Printing
6416 N. Ridgeway Avenue
Attn: Barbara
Lincolnwood, IL 60712


Mario Culotta Landscaping
2584 Joshua Lane
Northbrook, IL 60062


Matt King
262 Prairie View Lane
Wheeling, IL 60090


MDF
24248 Crenshaw Blvd., #112
Attn: Mr. P. Pype
Torrance, CA 90505


Michael Meyers
c/o Meyers Sales & Marketing
9025 Buckthorne Court
Indianapolis, IN 46260


Mike Zidman
528 Pine Street
Deerfield, IL 60015


Mira H. Temkin
3022 Lexington Lane
Highland Park, IL 60035


Mortgage lenders Network USA Inc
213 Court St.
Middletown, CT 06457

National Enterprise Systems
29125 Solon Road
Solon, OH 44139


NCO Financial System, Inc.
1804 Washington Blvd.
Mail Stop 950, Dept. 03
Baltimore, MD 21230


NCO Financial Systems, Inc.
3850 N. Causeway Blvd.
Suite 200
Metairie, LA 70002


Nicor Gas
1804 Washington Blvd.
Dept. 750 - Attn: Donnie Molock
Baltimore, MD 21230


Northbrook Office Court
666 Dundee Road, #303
Northbrook, IL 60062


Office Depot Credit Plan
P. O. Box 689020
Des Moines, IA 50368-9020


Office Max
c/o HSBC Business Solution
P. O. Box 5239
Carol Stream, IL 60197-5239


Orchard Bank
c/o HSBC Card Services
P. O. Box 17051
Baltimore, MD 21297-1051


Orchard Bank
HSBC Card Services
P. O. Box 17051
Baltimore, MD 21297


PBG Financial Services, Ltd.
666 Dundee Road
Suite 401
Northbrook, IL 60062

Peter Birren
502 Shadywood Lane
Elk Grove Village, IL 60007


Phillips 66
Processing Center
P. O. Box 689060
Des Moines, IA 50368-9060


Ralph J. Brimhe Photography
6508 West Ebinger
Niles, IL 60714


Reinhart Boerner & Van Deuren
1000 N. Water Street, Ste 2100
P. O. Box 2965
Milwaukee, WI 53202-2965


Reward Zones Program/MC
P. O. Box 17051
Baltimore, MD 21297-1051


Rosemont Exposition Services, Inc.
9301 Bryn Mawr
Des Plaines, IL 60018-5201


Sam's Club
P. O. Box 530970
Atlanta, GA 30353-0970


Shell Card Center
P. O. Box 68951
Des Moines, IA 50368-9151


Silverline Creative
1308 Depp Run Road
Attn: Steve Lovisa
Naperville, IL 60540


Sourcery
3 West 185 Street
Third Floor - Attn: Laura Wong
New York, NY 10011

Stapler Credit Plan
P. O. Box 689020
Des Moines, IA 50368-9020


Target
P.O. Box 59317
Minneapolis, MN 55459-0317


Terrace Paper Company, Inc.
1325 S. Cicero Avenue
Cicero, IL 60804-1404


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614


United Recovery System
5800 N. Course Drive
Houston, TX 77072


Viking Collection Service, Inc.
7500 Office Ridge Circle
Eden Prairie, MN


Visual Impressions
6619 W. Calumet
Milwaukee, WI 53223


WellsFargo
Payment Remittance Center
P. O. Box 54349
Los Angeles, CA 90054-0349


Whitewood Industries
P. O. Box 870283
Charlotte, NC 28289-0283


Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087